## 1402. GANNT v. THE STATE.

RUSSELL, J. This case is practically identical with the case of *Barnes* v. *State*, 3 *Ga. App.* 333 (59 S. E. 937). *Judgment affirmed.*

Accusation of cheating, etc., from city court of Lexington—Judge Cloud. August 20, 1908.

Submitted October 27,—Decided November 10, 1908.

*E. P. Shull,* for plaintiff in error.

*Hamilton McWhorter Jr.,* solicitor, contra.